STATE OF NORTH CAROLINA v. ARTHUR GOFF

No. 734SC732

(Filed 10 October 1973)

ON *certiorari* to review judgment of *Cohoon, Judge,* entered at the 12 February 1973 Session of ONSLOW Superior Court.

The indictment against defendant charges that on 3 November 1972 he did unlawfully, willfully and feloniously assault Billy Mobley with a deadly weapon, to-wit: a 12-gauge shotgun, with the felonious intent to kill the said Billy Mobley, inflicting serious injuries not resulting in death. Defendant pleaded not guilty, a jury returned a verdict of guilty as charged, and the court entered judgment imposing prison sentence of not less than five nor more than eight years. Defendant gave notice of appeal but since he was unable to perfect his appeal within the time allowed by the rules, this court granted his petition for writ of certiorari as substitute for appeal.

*Attorney General Robert Morgan by Henry E. Poole, Assistant Attorney General, for the State.*

*James R. Strickland for defendant appellant.*

State v. Satterfield

BRITT, Judge.

We have carefully reviewed the record and conclude that the trial court was properly organized, the bill of indictment against defendant is proper in form, the arraignment, plea and verdict meet the requirements of law, the evidence fully justifies the verdict, the verdict supports the judgment, and the sentence imposed by the judgment is well within the limits prescribed by statute. *State v. Tinsley,* 279 N.C. 482, 183 S.E. 2d 669 (1971).; G.S. 14-32(a).

No error.

Judges MORRIS and HEDRICK concur.